UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
UNITES STATES OF AMERICA
:
                                                                                      98 Cr 360  (LAP)
:
    -against-                                                   ORDER
:

JORGE VALENCIA                               :
:
                     Defendant         :
------------------------------------------------------------X
LORETTA A. PRESKA, Senior United States District Judge:

        IT IS HEREBY ORDERED: The Clerk of Court, Southern District of New York, is directed to close 98cr960 (LAP) based on the judgment [dkt no 63], filed in 98cr958 (LAP).

Dated:    April 1, 2025
            New York, New York

                                                  SO ORDERED

                                                  _____
                                                  LORETTA A. PRESKA
                                                  Senior United States District Judge